IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| BRANDON KEMP, | * | |
| Plaintiff, | * | |
| v. | | Case No. 7:26-cv-56 (WLS-AGH) |
| | * | |
| CURTIS CARTER, et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated 10/27/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 27th day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk